UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARGARET E. HARRIS and
LAURENCE J. HARRIS,

            Plaintiffs,

V.

UNITED HEALTH SERVICES, INC. AND
PROFESSIONAL HOME CARE, INC.,

            Defendants.

---

**NOTICE OF MOTION**

Case No. 3:03-CV-1076

| | |
|---|---|
| **MOTION MADE BY:** | Frederick J. Meagher, Jr., Meagher & Meagher Attorneys at Law, attorneys for the Plaintiffs |
| **DATE, TIME & PLACE OF HEARING** | United States District Court, Northern District of New York, Binghamton, New York on June 24, 2005 at 9:00 a.m. or as soon thereafter as counsel can be heard |
| **SUPPORTING PAPERS:** | Affidavit of Patricia J. Callahan, RN sworn to the 20th day of May, 2005 and Affidavit of Carl Warren Adams, MD sworn to the 27th day of May, 2005. |
| **NATURE OF ACTION:** | Malpractice |
| **RELIEF DEMANDED:** | Pursuant to Rule 56 of the Federal Rules of Civil Procedure for Summary Judgment on the issue of the delivery of the medication by the Defendants' employee. |

If any, must be filed and served at least seventeen (17) days prior to the return date of this motion. Reply papers must be filed and served at least eleven (11) days prior to the return date. A Sur-Reply is not permitted.

MEAGHER & MEAGHER

By: _/s/ Frederick J. Meagher_
Frederick J. Meagher, Jr.
Attorneys for Plaintiffs
15 Hawley Street
Binghamton, NY 13901

---

**ENDORSEMENT ORDER**

**Plaintiff's motion for Summary Judgment is DENIED without Prejudice for failure to comply with N.D.N.Y.L.R.7.1(a)(1) and 7.1(a)(3).**

Dated at Binghamton, NY

6/3/05

IT IS SO ORDERED _/s/ Thomas J. McAvoy_

Thomas J. McAvoy
District Court Judge