# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Laurence J. Harris, et al**

   vs.

**Professional Home Care, Inc.**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:03-CV-1076

____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT UNITED HEALTH SERVICES IS TERMINATED IN THIS ACTION BY A STIPULATION AND ORDER OF DISCONTINUANCE.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S STIPULATION AND ORDER OF DISCONTINUANCE FILED ON JUNE 30, 2005.

IT IS ORDERED AND ADJUDGED THAT JUDGMENT BE ENTERED IN FAVOR OF THE DEFENDANT.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON NOVEMBER 28, 2005.

Dated:  November 28, 2005

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk